## DAVIS *v.* THE STATE.

LUMPKIN, J.—The charge of the court was warranted by the facts in evidence, and was free from error; the requests to charge were properly denied; and the evidence warranted the verdict. There was no error in overruling the motion for a new trial.

October 8, 1894.          *Judgment affirmed.*

Indictment for murder. Before Judge FALLIGANT. Chatham superior court. June term, 1894.

NICOLSON & McKETHAN, for plaintiff in error.

J. M. TERRELL, attorney-general, and W. W. FRASER, solicitor-general, *contra.*

---

## BUSH *v.* THE STATE.

95b 501
113 639

SIMMONS, C. J.—Several of the grounds of the motion for a new trial fail to distinctly allege error, and are too vague for consideration; the alleged newly discovered evidence, for aught that appears, was known to at least one of the counsel for the accused before the verdict was rendered; the alleged misconduct of the jury was satisfactorily explained; the evidence fully warranted the verdict for voluntary manslaughter, and on the whole it does not appear that any error authorizing the granting of a new trial was committed.

February 18, 1895. By two Justices.     *Judgment affirmed.*

Indictment for murder. Before Judge GAMBLE. Washington superior court. September term, 1894.

T. W. HARDWICK and J. N. GILMORE, for plaintiff in error. J. M. TERRELL, attorney-general, B. D. EVANS, Jr., solicitor-general, and HARRIS & RAWLINGS, *contra.*

---

## FORD *v.* THE STATE.

SIMMONS, J.—As the whole case turned upon the credibility of the witnesses, there was no error in denying a new trial.

October 8, 1894.          *Judgment affirmed.*

Accusation of gaming. Before Judge WESTMORELAND. Criminal court of Atlanta. July term, 1894.

F. R. Walker, for plaintiff in error.
L. W. Thomas, solicitor, *contra*.

---

## Tripp *v.* The State.

Simmons, J.—The evidence warranted the verdict; the newly discovered evidence is cumulative only; and there was no error in denying a new trial.          *Judgment affirmed.*
October 8, 1894.

Indictment for carrying concealed weapon. Before Judge Henry. Floyd superior court. March term, 1894.

J. W. Ewing and A. G. Ewing, for plaintiff in error.
W. J. Nunnally, solicitor-general, *contra*.

---

## Powell *v.* The State.

Simmons, J.—In view of the evidence, there was no substantial error committed by the court, and no error at all in denying a new trial.
October 15, 1894.          *Judgment affirmed.*

Indictment for murder. Before Judge Henry. Floyd superior court. March term, 1894.

Wrights & Hamilton and W. W. Vandiver, for plaintiff in error. J. M. Terrell, attorney-general, and W. J. Nunnally, solicitor-general, *contra*.

---

## Cox *et al. v.* The State.

Bleckley, C. J.—The evidence warranted the finding of guilty by the judge, and it does not affirmatively appear with sufficient certainty that any error was committed in refusing to rule out testimony.          *Judgment affirmed.*
October 15, 1894.

Accusation of gaming. Before Judge Westmoreland. Criminal court of Atlanta. September term, 1894.

Howell C. Erwin, for plaintiffs in error.
Lewis W. Thomas, solicitor, *contra*.